# United States Bankruptcy Court
## Eastern District of Michigan

In Re: **Deborah J. Boissoneau**  Case No. 09-77646-SWR
                                  Chapter 13
  Debtor(s).                      Judge

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), state(s) that:

1. The undersigned are the Attorney(s) and the law firm for the Debtor(s) in this case.
2. The compensation paid and agreed to be paid by the Debtor(s) to the undersigned is:

   [X] **FLAT FEE** (*see Hourly Rate section*)

   A. For legal services rendered in contemplation of and in connection with this case, for such services rendered through the time of confirmation of a Chapter 13 Plan, exclusive of the filing fee paid, a **Flat Fee** of …………………………………………………..... $ **3000.00**

   B. Prior to filing this Statement, received …………….....……………….………..... $ **0.00**

   C. The unpaid balance of the **Flat Fee** due and payable is ………………………….………..… $ **3000.00**

   [X] **HOURLY RATE billed against RETAINER**

   A. Amount of Retainer received prior to filing this Statement …………………...……………..… $ **0.00**

   B. **At Attorney(s)' option** (or as the Court may require), instead of the Flat Fee provided for above, Attorney(s) may bill against the Retainer at an **hourly rate of $275.00**, or at such hourly rate(s) as the Court may approve. Debtor(s) have agreed to pay all Court approved fees and expenses which exceed the Retainer amount.

3. $ **274.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the Bankruptcy case, including:

   A. Analysis of the Debtors(s)' financial situation and advising the Debtor(s) in determining whether to file a Bankruptcy case;
   B. Preparation of and filing the Petition, Schedules, Statement of Affairs and Plan, and any Amendments as may be required;
   C. Representation of the Debtor(s) at the Meeting of Creditors and Confirmation Hearing, and any adjourned hearings;
   D. Negotiating and reviewing Reaffirmations Agreements, and attending any Hearings on Reaffirmations;
   E. Negotiating and reviewing Redemption Agreements, and attending any Hearings on proposed Redemptions;
   F. Other customary and necessary legal services, and such legal services as required by the Local Rules of the Court.

5. By agreement with the Debtor(s), the above disclosed fee does not include the following services:
   A. Appeals from any decision(s) of the United States Bankruptcy Court.

6. The source of payments to the undersigned was from:
   A.   X   Debtor(s)' earnings, wages, compensation for services performed.
   B.   ____  Other (describe, including identity of payor):

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows: NONE.

Dated: December 14, 2009

                                        */s/ Samuel G. Firebaugh*

                                        _____
                                        Attorney(s) for the Debtor(s)
Agreed:   */s/ Deborah J. Boissoneau*   **Samuel G. Firebaugh (P-34276)**
          **Deborah J. Boissoneau**, Debtor  **Roberta W. Andrews (P-54001)**
                                        **Firebaugh & Andrews, P.L.L.C.**
                                        **38545 Ford Road, Suite 104**
                                        **Westland, MI 48185**
                                        **(734) 722-2999**
                                        FirebaughAndrews@comcast.net