UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:            CHAPTER 13
                                          CASE NO. 09-77646-SWR
DEBORAH J BOISSONEAU,       JUDGE STEVEN W RHODES
Debtor.
_____/

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires debtor provide a copy of the 2009 income tax return as well as any W-2/1099s attached to the return, as soon as it becomes available.

2. Trustee requires a copy of debtor's Judgment of Separate Maintenance.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

                              OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                              Krispen S. Carroll, Chapter 13 Trustee


February 3, 2010              /s/ Maria Gotsis
                              KRISPEN S. CARROLL (P49817)
                              MARGARET CONTI SCHMIDT (P42945)
                              MARIA GOTSIS (P67107)
                              719 Griswold Street
                              1100 Dime Building
                              Detroit, MI  48226
                              (313) 962-5035
                              notice@det13ksc.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 09-77646-SWR |
| DEBORAH J BOISSONEAU, | JUDGE STEVEN W RHODES |
| Debtor. | |
| _____/ | |

### CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

FIREBAUGH & ANDREWS PLLC
38545 FORD RD STE 104
WESTLAND, MI 48185-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

DEBORAH J BOISSONEAU
1711 SOUTH BLVD
ANN ARBOR, MI 48104-0000


February 5, 2010         /s/ Barbara A. Ecclestone
                                        Barbara A. Ecclestone
                                        For the Office of the Chapter 13 Trustee-Detroit
                                        719 Griswold Street
                                        1100 Dime Building
                                        Detroit, MI 48226
                                        (313) 962-5035
                                        notice@det13ksc.com