**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

In Re: **Deborah J. Boissoneau**

Case No. 09-77646-SWR

Chapter 13

Judge **Steven W. Rhodes**

Debtor(s).

**DEBTOR(S)' RESPONSE
TO
TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTION ON AMENDED SCHEDULE C
FILED JANUARY 27, 2010**

The above captioned Debtor(s), by and through Debtor(s)'s undersigned attorney(s), hereby respond(s) to the Objection referred to in the caption hereof as follows:

1. Debtor(s) admit the allegations contained in paragraph no. 1. of the Objection.

2. Debtor(s) deny the allegations contained in paragraph no. 2. of the Objection. Further, Debtor has amended her exemptions to exclude contributions made within 120 days prior to filing.

**WHEREFORE**, Debtor(s) request that this Honorable Court overrule Trustee's Objection, and Order any such other and further relief as is deemed just and appropriate.

Dated: March 2, 2010         */s/ Roberta W. Andrews*

                                       **Samuel G. Firebaugh (P-34276)**
                                       **Roberta W. Andrews (P-54001)**
                                       **Firebaugh & Andrews, P.L.L.C.**
                                       **Attorney(s) for Debtor(s)**
                                       **38545 Ford Road, Suite 104**
                                       **Westland, MI 48185**
                                       **(734) 722-2999**
                                       **FirebaughAndrews@comcast.net**